**Cara M. MCFARLAND, Appellant,**

v.

**MISSOURI DEPARTMENT OF CORRECTIONS, Respondent.**

**No. WD 69741.**

Missouri Court of Appeals, Western District.

Aug. 11, 2009.

Cara M. McFarland, Chillicothe, MO, Appellant, pro se.

Chris Koster, Attorney General, Stephen D. Hawke, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, JOSEPH M. ELLIS, Judge, and MARK D. PFEIFFER, Judge.

### ORDER

PER CURIAM:

Cara M. McFarland appeals the trial court's judgment on the pleadings for the Department of Corrections denying McFarland's request for a declaratory judgment alleging that, pursuant to § 558.031.1, RSMo 2000, she is entitled to jail-time credit on her June 25, 2007, sentence for forgery. We affirm in this *per curiam* order. Rule 84.16(b).

Paul T. Graham, Jefferson City, MO, for Appellant.

Gary E. Brotherton, Columbia, MO, for Respondent.

Before Division One: ALOK AHUJA, Presiding Judge, JAMES M. SMART and LISA WHITE HARDWICK, Judges.